

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| MARK JUSTIN DENNY,<br><br>       Plaintiff,<br><br>vs.<br><br>D'ARMON TRAHART and<br>BRANDON HAMERE,<br><br>       Defendants. | No. CV 06-59-GF-SEH<br><br>**ORDER** |

  United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation of United States Magistrate Judge[1] on October 4, 2006. Plaintiff filed objections on October 23, 2006.[2] The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

  Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1]Docket No. 8.

[2]Docket No. 10.

ORDERED:

1. Plaintiff Mark Justin Denny's Complaint[3] is DISMISSED WITH PREJUDICE.

2. The docket shall indicate that the filing of this action is one strike for failure to state a claim, under 28 U.S.C. § 1915(g).

3. Any appeal from this action would not be taken in good faith.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 7th day of November, 2006.

*[signature: Sam E Haddon]*

SAM E. HADDON
United States District Judge

---

[3] Docket No. 1.